# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO.  4:03cv223-RH/WCS

MARY L. WATKINS, et al.,

      Defendants.

_____/

## ORDER ON FORECLOSURE PROCEDURES

At a telephonic status conference on May 2, 2005, attorneys for the plaintiff (the government) and defendant Chancay, Inc., appeared.  No appearance was made on behalf of the other defendants, all of whom were already in default for failure to respond to the government's original or amended complaint.  The government and Chancay agreed that this matter should proceed to foreclosure of the subject property on the government's amended complaint, free and clear of all liens, with net proceeds paid first to Chancay and then to the government.  Any remaining net proceeds will be held for distribution as may be appropriate and as may be directed by further order.  Foreclosure on the amended complaint will render Chancay's proposed counterclaim moot, unless (as appears unlikely) the

foreclosure sale yields insufficient proceeds to pay Chancay's claim.  The

counterclaim, which was submitted after the deadline for filing as of right and was

submitted without leave of court, will be struck.

For these reasons, a separate judgment for foreclosure will be entered.  That

judgment has not been entered simultaneously with this order (as was anticipated at

the time of the status conference), because the record includes no evidence of the

amount owed to Chancay.  Accordingly, Chancay will be required to file an

affidavit or other evidence of the amount it is owed.  Accordingly,

IT IS ORDERED:

1.  The government's motion (document 25) for default judgment is

GRANTED.

2.  The counterclaim of defendant Chancay, Inc. (document 26) is struck

without prejudice to the filing of a motion for leave to file a counterclaim if

Chancay's claim is not satisfied prior to, or by virtue of, the foreclosure sale of the

subject property on the government's amended complaint.

3.  The motions of defendant Chancay, Inc., for entry of default with respect

to its counterclaim (documents 31, 32, and 33) are DENIED AS MOOT.

4.  Defendant Chancay, Inc., shall file within 10 days an affidavit or other

evidence establishing the amount of the debt secured by its mortgage.

SO ORDERED this 3d day of May, 2005.

s/Robert L. Hinkle
Chief United States District Judge