**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.                                  Case No.  4:03cv223/RH/WCS

**MARY L. WATKINS; CHANCAY, INC.;
GADSDEN COUNTY, FLORIDA; and
JOHN YOUMANS,**

      **Defendants.**

**ORDER CONFIRMING SALE AND
FOR THE DISBURSEMENT OF FUNDS**

This cause came before the court on motion of the United States of America for confirmation of the foreclosure sale of the real property which is the subject matter of this action and for the disbursement of the sale proceeds.

It appearing that the United States Marshal has carried out his duties in accordance with Title 28, United States Code, Sections 2001-2002; that Waldorf Enterprises of Gadsden County,  2195 W. Tennessee Street, Tallahassee, Florida, 32304, was the highest bidder at the sale, bidding the amount of $65,000.00; that

the subject property was sold to it for that amount; that the sales price has been paid to the Marshal for disbursement in accordance with the order of this Court; and that the Court having been fully advised in the premises, it is, therefore,

ORDERED that the sale of the subject real property reported in the Marshal's Report of Sale dated July 8, 2005, and previously filed herein, be and the same is hereby confirmed; and it is

FURTHER ORDERED that the Clerk tax plaintiff's pre-judgment and post-judgment costs in the amount of $ 525.00,[1] and the Marshal's pre-judgment and post-judgment costs in the amount of $1,202.32, and it is

FURTHER ORDERED that the Marshal disburse the sale proceeds as follows:

      (1)  To the U.S. Marshal: $1,202.32;

      (2)  To the U.S. Attorney: $525.00;

      (3)  To Chancay, Inc.:  $29,390.52; and

      (3) To the U.S. Department of Agriculture, Rural Development: $33,882.16; and it is

FURTHER ORDERED that the Marshal execute and deliver a deed to the subject real property in accordance with the Report of Sale to Waldorf Enterprises

---

[1] The government's verification of costs lists the total as $524.50, but the listed components actually add to $525.00.  The latter figure has been used in this order.

of Gadsden County, 2195 W. Tennessee Street, Tallahassee, Florida, 32304.

DONE and ORDERED this 26th day of July, 2005.

                                          s/Robert L. Hinkle
                                        Chief United States District Judge